IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY SMITH, | : | Civil No. 3:15-cv-1013 |
|     Plaintiff | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 19th day of May, 2016, upon consideration of Defendants' motion (Doc. 19) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 19) for summary judgment is **GRANTED**. Judgment is hereby **ENTERED** in favor of Defendants and against Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge